**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Civil Action No.: 1:14-cv-00746-FB-JO

SERGEY BULBA, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

TUNSTALL HOLDING, LLC, d/b/a TUNSTALL AMERICAS and/or TUNSTALL HEALTHCARE, AMERICAN MEDICAL ALERT CORPORATION, and RICH RALLO, Individually,

    Defendants.

## NOTICE OF UNAVAILABILITY

COMES NOW, the undersigned Counsel, JAFFE GLENN LAW GROUP, PA, and hereby files this Notice of Unavailability. The undersigned counsel will be unavailable on the following dates: **March 12, 2014 through and including March 21, 2014.**

The undersigned hereby requests that no hearings, depositions, mediations conferences, or pleadings be filed which require a response, during the undersigned counsel's period of unavailability.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to: no counsel has yet to make an appearance on behalf of the Defendants.

Respectfully submitted,

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esq.
E-mail: JJaffe@JaffeGlenn.com
New York Bar No. JJ8034
**JAFFE GLENN LAW GROUP, P.A**.
Building 2, Suite 220
168 Franklin Corner Road
Lawrenceville, NJ 08648
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorney for Plaintiff*